**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 22-52799 |
| | * | (Chapter 11) |
| EVERGREEN SITE HOLDINGS, INC. | * | |
| | * | |
| | * | (Judge Preston) |
| Debtor/Debtor-in-Possession. | * | |

**NOTICE OF MOTION OF DENIS E BLASIUS, DARLENE E. FIERLE, AND IRA H. THOMSEN
OF THE LAW OFFICES OF IRA H. THOMSEN, NOW THOMSEN LAW GROUP, LLC TO
WITHDRAW AS COUNSEL FOR DEBTOR/DEBTOR-IN-POSSESSION
EVERGREEN SITE HOLDINGS, INC.**

Denis E. Blasius, Darlene E. Fierle, and Ira H. Thomsen of the Law Offices of Ira H. Thomsen, now Thomsen Law Group, LLC (collectively "Counsel") has filed a Motion to Withdraw as Counsel for Debtor/Debtor-In-Possession Evergreen Site Holdings, Inc. (the "Debtor"), a copy of which is attached hereto.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion, then on or before **twenty-one (21) days from the date set forth in the Certificate of Service for the** Application, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

**U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215**

OR your attorney must file a response using the Court's ECF system.

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy of your response either by 1) the Court's ECF system or 2) regular U.S. Mail to:

**Evergreen Site Holdings, Inc., 70 King St., Eustis, FL 32726**

**Matthew T. Schaeffer, Subchapter V Trustee, 10 W. Broad St., Suite 2100, Columbus, OH 43215**

**Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH, 43215**

**Darlene E. Fierle, Counsel for Debtor, 140 N. Main St., Suite A, Springboro, OH 45066**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice.

Date of Service: May 1, 2023

/s/ Darlene E. Fierle
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
Ira H. Thomsen (0023965)
Thomsen Law Group, LLC
140 North Main Street, Suite A
Springboro, Ohio 45066
937-748-5001
937-748-5003 (Fax)
dfierle@ihtlaw.com
*Counsel for Evergreen Site Holdings, Inc.*
*Debtor/Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 22-52799 |
| | * | (Chapter 11) |
| EVERGREEN SITE HOLDINGS, INC. | * | |
| | * | |
| | * | (Judge Preston) |
| Debtor/Debtor-in-Possession. | * | |

**MOTION OF DENIS E BLASIUS, DARLENE E. FIERLE, AND IRA H. THOMSEN OF THE LAW OFFICES OF IRA H. THOMSEN, NOW THOMSEN LAW GROUP, LLC TO WITHDRAW AS COUNSEL FOR DEBTOR/DEBTOR-IN-POSSESSION EVERGREEN SITE HOLDINGS, INC.**

Now comes Denis E. Blasius, Darlene E. Fierle, and Ira H. Thomsen, of the Law Offices of Ira H. Thomsen, now Thomsen Law Group, LLC (collectively "Counsel"), and respectfully moves this Court for leave to withdraw as counsel of record for Debtor/Debtor-In-Possession Evergreen Site Holdings, Inc. (the "Debtor").

Based on grounds contained in Rule 1.16 of the *Ohio Rules of Professional Conduct*, Counsel respectfully requests this honorable Court grant leave for Counsel to withdraw as counsel for the Debtor. Discussions with potential replacement counsel have commenced, and it is anticipated that a Motion to Approve Substitute Counsel will be forthcoming.

Respectfully submitted,

/s/ Darlene E. Fierle
Darlene E. Fierle (0081217)
Denis E. Blasius (0082617)
Ira H. Thomsen (0023965)
Thomsen Law Group, LLC
140 North Main Street, Suite A
Springboro, Ohio 45066
(937) 748-5001
(937)748-5003 (Fax)
dfierle@ihtlaw.com
*Counsel for Debtor/Debtor-In-Possession*
*Evergreen Site Holdings, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 1, 2023, a copy of the foregoing *Motion to Withdraw As Counsel for Debtor* was served on all registered ECF participants, electronically through the court's ECF System at the e- mail address registered with the court and by regular U.S. Mail, postage prepaid, upon the following parties and creditors:

| | | |
|---|---|---|
| Pamela Arndt<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Brunner Quinn<br>5001 Horizons Suite 209<br>Columbus, OH 43220-5291 | Eventuresencore, Inc.<br>7 South High Street<br>Canal Winchester, OH 43110-1212 |
| Evergreen Site Holdings, Inc.<br>70 King Street<br>Eustis, FL 32726-4048 | FISHER SKROBOT & SHERAW LLC<br>ATTN DAVID SKROBOT<br>471 E BROAD ST - STE 1810<br>COLUMBUS OH 43215-3863 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kathy Bennington<br>15405 State Route 664, Lot 2<br>Logan, OH 43138-9109 | James Whitehead<br>15405 State Route 664, Lot 1<br>Logan, OH 43138-9109 | Karry Gemmell<br>31440 Deerfield Drive<br>Logan, OH 43138-8584 |
| James Perry<br>15405 State Route 664, Lot 3<br>Logan, OH 43138-9109 | John W. Kennedy<br>Kenneth R. Goldberg<br>Strip Hoppers Leithart McGrath & Terlecky<br>575 S. Third St.<br>Columbus, OH 43215-5755 | M&T Property Investments, Ltd.<br>c/o Mark Anthony, Statutory Agent<br>1511 State Route 664<br>Logan, Ohio 43138 |
| Mark Anthony<br>1511 State Route 664<br>Logan, Ohio 43138 | Reg Martin<br>Martin Management Services, Inc.<br>180 East Broad Street, 28th Floor<br>Columbus, OH 43215-3707 | James E Nobile<br>Nobile & Thompson Co., L.P.A.<br>7509 East Main Street, #208<br>Reynoldsburg, Ohio 43068-7268 |
| OHIO ATTORNEY GENERAL'S OFFICE<br>ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT<br>30 E BROAD ST, 14th Floor<br>Columbus, Ohio 43215-3414 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION<br>30 EAST BROAD STREET<br>Columbus, Ohio 43215-3414 | Reg Martin<br>575 Copeland Mill Road, Suite 2E<br>Westerville, Ohio 43081-8977 |
| Matthew T. Schaeffer<br>Bailey Cavalieri LLC<br>10 W. Broad St., Suite 2100<br>Columbus, OH 43215-3455 | David Stemen<br>7 S. High St.<br>Canal Winchester, OH 43110-1212 | Philip K Stovall<br>Timothy E. Miller<br>Isaac, Wiles, Burkholder & Teetor, LLC<br>2 Miranova Place, Suite 700<br>Columbus, OH 43215-5098 |

| | | |
|---|---|---|
| Timber View Properties, Inc.<br>c/o Kevin Humphreys, Esq. SA<br>332 W. 6th Avenue<br>Columbus, OH 43201-3172 | U.S. Attorney – Columbus<br>303 Marconi Blvd., #200<br>Columbus, Ohio 43215-2840 | U.S. Attorney General<br>Main Justice Building<br>10th & Constitution Ave. N.W.<br>Washington, DC 20530-0001 |

/s/ Darlene E. Fierle
Darlene E. Fierle
*Counsel for Evergreen Site Holdings, Inc.*
*Debtor/Debtor-in-Possession*